RECEIVED

DEC 22 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

Scott Lawrence Simmons
vs. 2008 E 121 APt 102
Burnsville, MN 55337

Case No. 20cv2646 ADM/LIB

(To be assigned by Clerk of District Court)

Clerk of Appellate courts
305 Minnesota Sodicial center
25. Rev. DR. Martin Luther King SR. Blvd.
St. Paul, MN 55155

Defendant(s).

DEMAND FOR JURY TRIAL

YES ☒   NO ☐

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name  Scott Lawrence Simmons

   Street Address  2008 E 121 Apt 102

   County, City  Dakota  Burnsville

   State & Zip Code  Minnesota 55337

   Telephone Number

SCANNED

DEC 22 2020

U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name *Clerk of Appellate courts*

   Street Address *305 minnesota Sudicial center*
   *25 Rev. Dr. Martin Luther king SR, Blvd,*
   County, City *Ramsey st,paul*

   State & Zip Code *minnesota 55155*

   b. Defendant No. 2

   Name *Dakota County District Court*

   Street Address *1560 Highway 55*

   County, City *Dakota Hastings*

   State & Zip Code *minnosota 55033*

   c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:☐**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Question        ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.

Obstruction of Sostice

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

Defendant No. 1:                         State of Citizenship:

Defendant No. 2:                         State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

☐ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota
☒ Other:  explain

Obstruction of Sostice

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Case Number                    Citation Number

70-2000-11917                     0037866

18-K2-01-001939

19-AV-CR-16-20986          190116904872

---

A03-1429          A06-0054          98C302001992
A03-0555          A06-0053          19-HA-PR-15-377
A03-0343          A03-1589          19-HA-PR-19-864
A03-0342          A03-1578          19-HA-PR-20-979
A03-0732
A03-0184          98C902001101
A03-0065
98C202001871

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Obstruction of Justice

4

Signed this 21    day of Dec    20

Signature of Plaintiff _Scott Lawrence Semmons_

Mailing Address

2008 E 121 Apt 102
Burnsville, MN 55337

Telephone Number

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Lawrence Simmons
2008 E 121 Apt 102                    Plaintiff(s),
vs. Burnsville, MN 55337

Case No. _____
(To be assigned by Clerk of District Court)

Clerk of Appellate courts
305 minnesota Soalcial center
25 Rev. Dr. Martin Luther king SR. Blvd.
St. Paul MN 55155          Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

DEMAND FOR JURY TRIAL
YES [X] NO [ ]

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name  Scott Lawrence Simmons

      Street Address  2008 E 121 Apt 102

      County, City  Dakota  Burnsville

      State & Zip Code  Minnesota 55337

      Telephone Number

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name Clerk of Appellate Courts

Street Address 305 Minnesota Judicial center
25.Rev.DR. Martin Luther king SR. BIVD.

County, City Ramsey StPaul

State & Zip Code Minnesota 55155

b.  Defendant No. 2

Name Dakota County District court

Street Address 1560 Highway 55

County, City Dakot Hastings

State & Zip Code minnesota 55033

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older).  **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☒ Other (Please describe.)

Obstruction of Justice

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)             (City/County)        (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

Obstruction of Justice

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☐ Yes     Date filed: _____

b. ☒ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☐ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☒ No

## NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. ☐ Failure to hire me

   b. ☐ Termination of my employment

   c. ☐ Failure to promote me

   d. ☐ Failure to accommodate my disability

   e. ☐ Terms and conditions of employment differ from those of similar employees

   f. ☐ Retaliation

   g. ☐ Harassment

   h. ☒ Other conduct (please specify):

   *Obstruction of Justice*

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

   ☐ Yes    ☒ No

9. I believe that I was discriminated against because of my (check all that apply):

   a. ☐ Race

   b. ☐ Religion

   c. ☐ National origin

4

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is:_____)

h. ☒ Other (please specify):

Obstruction of Sustice

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☐ Yes    ☒ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.    Obstruction of Sostice

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached:☐

Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Obstruction of Justice

Date: 11/21/20

Scott Lawrence Simmons
Signature of Plaintiff

Mailing Address
2008 E 121 Apt 102
Burnsville, Minnesota 55377

Telephone Number

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

6